**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 20 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50342 |
| Plaintiff - Appellee, | D.C. No. 5:11-cr-00033-VAP |
| v. | |
| JOSE ISLADO SALAS-ARREDONDO, a.k.a. Jose Islado, a.k.a. Crisoforo Sotello Mendez, a.k.a. Jose Salas, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Submitted September 10, 2012[**]

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Jose Islado Salas-Arredondo appeals from his guilty-plea conviction and

30-month sentence for illegal reentry by an alien following deportation, in

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Salas-Arredondo's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Salas-Arredondo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Salas-Arredondo waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary. He also waived the right to appeal his sentence, with the exception of the court's calculation of his criminal history category. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Salas-Arredondo's plea or the criminal history category calculated by the court. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED** in part; **DISMISSED** in part.

11-50342